UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 08-1376(DSD/SRN)

Lisa Horsch,

        Plaintiff,

v.  **ORDER**

Creditors Financial Group, LLC,

        Defendant.

    The court having been advised by counsel that the above-entitled action has been settled, or is in the process of being settled,

    **IT IS HEREBY ORDERED** that this case is dismissed, the court retaining jurisdiction for forty-five (45) days to permit any party to move to reopen the action upon good cause shown.

Dated:  January 28, 2009

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court